FILED'07 JUN 06 14:32USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

WYEAST LABORATORIES, INC., an Oregon corporation,

Plaintiff,

v.

SOCIÉTÉ INDUSTRIELLE LESAFFRE (aka S.I. LESAFFRE), a French corporation, and FERMENTIS, an unincorporated association,

Defendants.

CV. 05-1316-ST

[PROPOSED] STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

Based on the stipulations set out below, wherein it appears that the parties to this action and other entities have entered into a written agreement settling their claims ("Settlement Agreement"), and that all parties to the Settlement Agreement identified below have consented to this Court's jurisdiction solely for the purpose of this judgment, it is hereby

ORDERED AND ADJUDGED that this action, including all claims, defenses and counterclaims be and are dismissed with prejudice and without costs or attorneys' fees to any party. It is further

ORDERED AND ADJUDGED that the parties to this action and the additional parties to the Settlement Agreement shall comply with the terms of the Settlement Agreement. It is further

ORDERED AND ADJUDGED that this Court has jurisdiction over the parties to this action and over the entities who are signatories to the Settlement Agreement, identified below, and retains jurisdiction to enforce the Settlement Agreement over all signatories thereto in accordance with its terms, and that this action may be reopened upon motion to enforce the Settlement Agreement.

DATED: ~~May~~ June 6, 2007.

Janice M. Stewart
United States Magistrate Judge

IT IS SO STIPULATED:

**For the Plaintiff:**

GARVEY SCHUBERT BARER

Michael M. Ratoza, OSB No. 76304
mratoza@gsblaw.com
121 S.W. Morrison Street, 11th Floor
Portland, Oregon 97204-3141
Telephone: (503) 228-3939
Fax: (503) 226-0259
Attorneys for Plaintiff-Signatory to Settlement Agreement

Dated: May 21, 2007

**For the Defendants:**

MILLER NASH LLP

John F. Neupert, P.C., OSB No. 78316
john.neupert@millernash.com
111 S.W. Fifth Avenue, Suite 3400
Portland, Oregon 97204-3699
Telephone: (503) 224-5858
Fax: (503) 224-0155
Attorneys for Defendants-Signatories to Settlement Agreement

Dated: ~~May~~ 2007 June 1, 2007

**LESAFFRE ET COMPAGNIE,**
a French company, and signatory to the Settlement Agreement, consents to the jurisdiction of the Court for purposes of this judgment

By: ______________________________

Its: ______________________________

Dated: May ____, 2007

**LESAFFRE YEAST CORPORATION,**
a Delaware company, and signatory to the Settlement Agreement, consents to the jurisdiction of the Court for purposes of this judgment

By: ______________________________

Its: ______________________________

Dated: May ____, 2007

ORDERED AND ADJUDGED that this Court has jurisdiction over the parties to this action and over the entities who are signatories to the Settlement Agreement, identified below, and retains jurisdiction to enforce the Settlement Agreement over all signatories thereto in accordance with its terms, and that this action may be reopened upon motion to enforce the Settlement Agreement.

DATED: May ____, 2007.

Janice M. Stewart
United States Magistrate Judge

IT IS SO STIPULATED:

**For the Plaintiff:**

GARVEY SCHUBERT BARER

Michael M. Ratoza, OSB No. 76301
mratoza@gsblaw.com
121 S.W. Morrison Street, 11th Floor
Portland, Oregon 97204-3141
Telephone: (503) 228-3939
Fax: (503) 226-0259
Attorneys for Plaintiff-Signatory to Settlement Agreement

Dated: May ____, 2007

**For the Defendants:**

MILLER NASH LLP

John F. Neupert, P.C., OSB No. 78316
john.neupert@millernash.com
111 S.W. Fifth Avenue, Suite 3400
Portland, Oregon 97204-3699
Telephone: (503) 224-5858
Fax: (503) 224-0155
Attorneys for Defendants-Signatories to Settlement Agreement

Dated: ~~May ____~~, 2007 June 1, 2007

**LESAFFRE ET COMPAGNIE,**
a French company, and signatory to the Settlement Agreement, consents to the jurisdiction of the Court for purposes of this judgment

By: Lucien Lesaffre
Its: Chairman / CEO
Dated: May 23rd, 2007

**LESAFFRE YEAST CORPORATION,**
a Delaware company, and signatory to the Settlement Agreement, consents to the jurisdiction of the Court for purposes of this judgment

By: Lucien Lesaffre
Its: Chairman
Dated: May 23rd, 2007

Submitted by:

John F. Neupert, P.C.
OSB No. 78316
Miller Nash LLP
(503) 224-5858
Attorneys for Defendants

Page 3 - Stipulated Judgment of Dismissal With Prejudice

PDXDOCS 1541037 3